NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. SMOCK (Cal. Bar No. 293542)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0397
    Facsimile: (213) 894-7819
    E-mail: Matthew.Smock@usdoj.gov

Attorneys for Defendant United States
Bureau of Land Management

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETROLEUM POWER INTERNATIONAL CORPORATION, a California corporation; and BIJAN HAKIMIAN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>HIDDEN PASSAGE, LLC, a California limited liability company; REX BEASLEY, an individual; ELLEN BERKOWITZ, AS SUCCESSOR TRUSTEE OF THE BERKOWITZ FAMILY TRUST DATED DECEMBER 14, 1987, RESTATED AUGUST 18, 1995; THE UNITED STATES BUREAU OF LAND MANAGEMENT; THE COUNTY OF SAN BERNARDINO; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>    Defendants. | No. CV 21-00028<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[Appendix of State Court Pleadings filed Concurrently]<br><br>[28 U.S.C. § 1442(a)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant THE UNITED STATES BUREAU OF LAND MANAGEMENT ("BLM") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On March 28, 2019, Plaintiff PETROLEUM POWER INTERNATIONAL CORPORATION filed a civil action against Defendants HIDDEN PASSAGE, LLC ("Hidden Passage"), REX BEASLEY ("Beasley"), and ELLEN BERKOWITZ ("Berkowitz") in the Superior Court of the State of California for the County of San Bernardino, entitled *Petroleum Power International Corporation v. Hidden Passage, LLC, et al.*, as Case No. CIVDS1909513. On October 21, 2020, Plaintiffs PETROLEUM POWER INTERNATIONAL CORPORATION and BIJAN HAKIMIAN (together, "Plaintiffs") filed a Third Amended Complaint ("TAC"), which also included BLM and THE COUNTY OF SAN BERNARDINO as Defendants. A copy of the Complaint, the TAC, and all other pleadings received to date are attached to the concurrently filed Appendix of State Court Pleadings. The TAC does not include factual allegations specific to BLM and appears to allege that Defendants Hidden Passage, Beasley, and Berkowitz have impeded access to an easement on an "Old Road" running through Defendants property that Plaintiffs have historically used to access their property. The TAC appears to further allege that the alleged "Old Road" easement was initially established via reservations in five patents issued by Defendant BLM in the 1960s when it deeded the land that is now Defendants Hidden Passage, Beasley, and Berkowitz's current property to their predecessors in interest.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the

action is pending.  Defendant BLM is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, and federal defenses relating to the exhaustion of administrative claim requirements.  See 28 U.S.C. § 2671, et seq.

3. Plaintiffs have not served Defendant BLM as required by Rule 4(i).  See Fed. R. Civ. P. (4(i)(2).  In Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run.  Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4. Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse parties and to the Clerk of the State Court.  See 28 U.S.C. § 1446(d).

5. This Court is the proper district and division to hear this case because Plaintiff brought this action in the Superior Court of the State of California for the County of San Bernardino.  See 28 U.S.C. § 1442(a).

6. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVDS1909513, to the United States District Court for the Central District of California.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2021 | Respectfully submitted, |
| 2 | | NICOLA T. HANNA<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, General Civil Section |

                                    /s/ Matthew J. Smock
MATTHEW J. SMOCK
Assistant United States Attorney

Attorneys for Defendant United States Bureau of Land Management

3