# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | |
|---|---|
| Case No. 5:21-cv-00028-JWH-SP | Date November 20, 2023 |
| Title *Petroleum Power International Corporation, et al v. Hidden Passage, LLC, et al.* | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE STRIKING THE PLEADINGS OF PLAINTIFF AND COUNTERDEFENDANT PETROLEUM POWER INTERNATIONAL CORPORATION**

The Court issues this Order to Show Cause in view of the failure of Plaintiff Petroleum Power International Corporation ("Petroleum Power") to obtain new counsel by the deadline set by the Court.

On October 6, 2023, the Court conducted a hearing during which it granted the motion of Daniel C. Sever to withdraw as attorney of record for Petroleum Power and co-Plaintiff Bijan Hakimian.[1]  The Court directed Petroleum Power to engage new counsel no later than November 10, 2023, and to cause new counsel to

---

[1]   Hearing Re:  Motion of Daniel C. Sever to Withdraw as Attorney of Record for Petroleum Power and Bijan Hakimian [ECF No. 68]; Def.'s Mot for Sanctions [ECF No. 70] (Minute Order) [ECF No. 81].

file a Notice of Appearance in the case by that date.[2] Petroleum Power failed to obtain new counsel by that deadline.

In view of Petroleum Power's failure to obtain new counsel, the Court hereby **ORDERS** as follows:

1. Each party is **DIRECTED** to file on or before December 1, 2023, a written response to this OSC explaining why this Court should or should not strike the pleadings of Petroleum Power with prejudice.

2. A hearing on this OSC is **SET** for December 15, 2023, at 11:00 a.m. All parties are **DIRECTED** to appear in person at that time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**

---

[2] *Id.* at 2.