JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETROLEUM POWER INTERNATIONAL CORPORATION, a California corporation; and BIJAN HAKIMIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HIDDEN PASSAGE, LLC, a California limited liability company; REX BEASLEY, an individual; ELLEN BERKOWITZ, AS SUCCESSOR TRUSTEE OF THE BERKOWITZ FAMILY TRUST DATED DECEMBER 14, 1987, RESTATED AUGUST 18, 1995; THE UNITED STATES BUREAU OF LAND MANAGEMENT; THE COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00028-JWH-SP<br><br>**JUDGMENT** |
| HIDDEN PASSAGE, LLC, a California limited liability company; REX BEASLEY, an individual; ELLEN BERKOWITZ, AS SUCCESSOR TRUSTEE OF THE BERKOWITZ FAMILY TRUST DATED DECEMBER 14, 1987, RESTATED AUGUST 18, 1995, | |

| |
|---|
| Counterclaimants,<br><br>v.<br><br>PETROLEUM POWER INTERNATIONAL CORPORATION, a California corporation; and BIJAN HAKIMIAN, an individual,<br><br>Counterdefendants. |
| THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Counterclaimant,<br><br>v.<br><br>PETROLEUM POWER INTERNATIONAL CORPORATION, a California corporation; and BIJAN HAKIMIAN, an individual,<br><br>Counterdefendants. |

Pursuant to the "Order Granting HP Defendants' Request to Vacate Trial on Damages and Enter Final Judgment," entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1345.

2. The operative pleadings are:

a. the Fourth Amended Complaint filed by Plaintiffs Petroleum Power International Corporation and Bijan Hakimian [ECF No. 38];

b. the Answer and Counterclaims filed by Defendants Hidden Passage, LLC, Rex Beasley, and Ellen Berkowitz, as Successor Trustee of the Berkowitz Family Trust Dated December 14, 1987, Restated August 18, 1995 (collectively, the "HP Defendants") [ECF No. 45]; and

c. the Answer and Counterclaims filed by Defendant United States Bureau of Land Management ("BLM") [ECF No. 46].

3. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

4. With respect to the Fourth Amended Complaint filed by Plaintiffs Petroleum Power International Corporation and Bijan Hakimian [ECF No. 38], Defendants BLM and the HP Defendants shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of their Fourth Amended Complaint. The Fourth Amended Complaint is **DISMISSED**.

5. With respect to the Answer and Counterclaims filed by the HP Defendants [ECF No. 45], the HP Defendants shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Defendant Bijan Hakimian in the amount of **$1**.

6. With respect to the Answer and Counterclaims filed by Defendant BLM [ECF No. 46], judgment is hereby **ENTERED** in **FAVOR** of Defendant

BLM and **AGAINST** Plaintiffs on the claims for declaratory judgment regarding right-of-way.

7. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Ho com
UNITED STATES DISTRICT JUDGE